# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-7055**                                          **September Term, 2021**

**1:20-cv-01396-CJN**

**Filed On: August 9, 2022** [1958552]

Tiffany Washington,

      Appellant

   v.

Washington Metropolitan Area Transit
Authority,

      Appellee

## **M A N D A T E**

In accordance with the judgment of July 1, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Daniel J. Reidy
     Deputy Clerk

Link to the judgment filed July 1, 2022